**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Itasca Images, LLC, a Minnesota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EyeEm, Inc., a Delaware corporation; EyeEm Mobile GmbH, a German limited liability company; Getty Images, Inc., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 1:22-cv-1106<br><br>**COMPLAINT FOR**:<br><br>1. COPYRIGHT INFRINGEMENT<br><br>2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT<br><br>3. VIOLATION OF THE DMCA: 17 U.S. Code § 1202<br><br><u>JURY TRIAL DEMANDED</u> |

Plaintiff, Itasca Images, LLC, by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.    This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2.    This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.    Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.    Plaintiff, Itasca Images, LLC ("Itasca"), is a Minnesota Limited Liability Company.

5.    Itasca is informed and believes and thereon alleges that Defendant EyeEm, Inc. ("EyeEm") is a Delaware corporation doing business in and with this District, including through offices located at 150 West 28th Street, Suite 1801, New York, NY

6.    Itasca is informed and believes and thereon alleges that Defendant EyeEm Mobile GmbH ("Mobile") is a German limited liability company doing business in and with this District.

7.    Itasca is informed and believes and thereon alleges that Defendant Getty Images, Inc. ("Getty") is a Delaware corporation doing business in and with this District including through offices located at 75 Verick Street, New York, NY 10013.

8.    Defendants DOES 1 through 10, inclusive, (collectively with EyeEm, Mobile, and Getty, "Defendants") are other parties not yet

identified who have infringed Itasca's copyrights, have contributed to the infringement of Itasca's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Itasca, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

9.     Itasca is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants were the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Itasca's rights and the damages to Itasca proximately caused thereby.

## INTRODUCTION AND STATEMENT OF FACTS

**10.**   Itasca is a well-regarded photography studio specializing in fine art, landscape, editorial and photojournalism, and product photography.

**11.**   Photographer Tony Webster ("Webster") is the managing member of Itasca and has captured and created a series of original photographs depicting nature and landscapes ("Subject Photographs"). Tony Webster has assigned all rights and interest in and to the Subject Photographs to Itasca.

12.     Webster and Itasca complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et. Seq.*, and have registered the Subject Photographs

with the United States Copyright Office at the Registration Numbers depicted in **Exhibit A** and **Exhibit B** attached hereto.

13.     Prior to the acts complained of herein, Itasca and/or Webster publicly displayed and disseminated the Subject Photographs.

14.     Itasca is informed and believes and thereon alleges that Defendants accessed the Subject Photographs online through, without limitation,  websites operated by Itasca or Webster, and the pages and services offered therein, as well as through third parties.

15.     Defendants, and each of them, without Plaintiff's consent, have willfully copied, reproduced, displayed, licensed, and distributed the Subject Photographs for commercial benefit by, without limitation, copying, posting, offering for distribution and sale, and distributing the Subject Photographs to others including resellers (the "Infringing Uses") including at websites owned and operated by Defendants. The Subject Photographs, Defendants' unauthorized uses, and the corresponding URLs are depicted with identifying information in **Exhibit A, Exhibit B, and Exhibit C** attached hereto.

16.     Defendant Getty additionally copied, reproduced, displayed, and distributed the Photographs on its website *gettyimages.com*, which referenced the same identifying information including ID numbers set forth in **Exhibit A** attached hereto. On information and belief, Getty obtained the Subject Photographs from EyeEm and/or Mobile. Getty offered to sell the Subject Photographs into this district.

17.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, had access to copyright management information attributing creation and/or ownership of the Subject Photographs and all rights therein to Webster and/or Itasca.

18.     Defendants, and each of them, reproduced, disseminated, and displayed the Subject Photographs without proper attribution, copyright management, and ownership information and/or with false or misleading attribution, copyright management, and ownership information attributing Subject Photographs to Getty, EyeEm, Mobile, "Pavel Skopich", and others.

19.     Itasca at no point authorized Defendants, or any of them, to use the Subject Photographs as complained of herein. Defendants at no point contacted Itasca to request a license or any form of authorization for the use of the Subject Photographs.

20.     Itasca sent a letter to Getty in March 2020, and to EyeEm and Mobile in September 2020, March 2021, and August 2021, notifying Defendants of their infringements and demanding Defendants cease and desist in their infringing activity and remove the works at issue from the relevant platform(s). Defendants failed to meaningfully or timely comply.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against all Defendants, and Each)

21.     Itasca repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

22.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, infringed Itasca's copyrights by copying, displaying, licensing, and distributing the Subject Photographs without Itasca's authorization or consent, including, without limitation, as depicted in **Exhibit A**, **Exhibit B**, and **Exhibit C** attached hereto.

23.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, infringed Itasca's rights by creating

unlawful derivative works from the Subject Photographs and publishing same to the public.

24.    Itasca is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Photographs, including, without limitation, through viewing the Subject Photographs on Itasca's or Webster's websites, publications, profiles, exhibitions and/or through other authorized channels, over the internet, including without limitation as accessed via a search engine, or through third party sources.

25.    Itasca is further informed and believes and thereon alleges that certain Defendants have an ongoing business relationship with one or more of the other Defendants, and that those defendants transacted in order to traffic in the Infringing Uses.

26.    Due to Defendants', and each of their, acts of infringement, Itasca has suffered general and special damages in an amount to be established at trial.

27.    Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Itasca's rights in the Subject Photographs. As such, Itasca is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of his rights in the Subject Photographs in an amount to be established at trial.

28.    Itasca is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the

sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement – Against all Defendants, and Each)

29.    Itasca repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

30.    Itasca is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided, and abetted in and profited from the illegal reproduction and distribution of the Subject Photographs as alleged hereinabove. Such conduct included, without limitation, publishing copies obtained from third parties that Defendant(s) knew, or should have known, were not authorized to be published by Defendant(s); publishing the Infringing Use on affiliate, third-party, and social media sites; and distributing the Infringing Use to third parties for further publication.

31.    Itasca is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, each Defendant had the ability to oversee the development, publication, and distribution of the infringing imagery at issue. And, Defendants, and each of them, realized profits through their respective obtainment, marketing, and distribution of the Infringing Uses.

32.    By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Itasca has

suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

33.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Itasca's rights in the Subject Photographs. As such, Itasca is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photographs, in an amount to be established at trial.

34.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement, in addition to claims for costs and attorneys' fees.

## THIRD CLAIM FOR RELIEF

(For Violation of the DMCA: 17 U.S. Code § 1202 – Against all Defendants, and Each)

35.      Itasca repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

36.     The Subject Photographs were routinely published with attribution, credit, and other copyright management information identifying Itasca or Webster as the author.

37.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, removed Itasca's or Webster's copyright management information, as described above, from the Subject Photographs, and/or added false copyright management information to the Subject Photographs, attributing them to another owner and/or source, before distributing and publishing same to the public.

38.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, distributed the Subject Photographs via websites bearing the URL(s) depicted in **Exhibit A**, **Exhibit B**, and **Exhibit C** attached hereto, under its own name and/or the names of others, and removing Itasca's or Webster's attribution information, including without limitation their name, information set forth on a notice of copyright, and metadata.

39.     The aforementioned facts constitute "copyright management information" as that phrase is defined in 17 U.S.C. §1202(a) and is false.

40.     The above violations, which were willful, subjects Defendants, and each of them, to entry of judgment reflecting Itasca's actual damages and any additional profits of the violator, statutory damages, and attorneys' fees under 17 USC § 1203.

## <u>PRAYER FOR RELIEF</u>

Wherefore, Plaintiff prays for judgment as follow against all Defendants and with respect to each claim for relief:

a.  That Defendants, their affiliates, agents, and employees be enjoined from infringing Itasca's copyright in and to the Subject Photographs.

b.  That Itasca be awarded all profits of Defendants, and each, plus all losses of Itasca, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at

the time of trial, or, if elected before final judgment, statutory damages to the extent they are available under the Copyright Act, 17 U.S.C. § 505, 1203.

c.  That Itasca be awarded its costs and attorneys' fees to the extent they are available under the Copyright Act U.S.C. § 505, 1203;

d.  That a trust be entered over the Infringing Uses, and all profits realized through said infringement;

e.  That Itasca be awarded pre-judgment interest as allowed by law;

f.  That Itasca be awarded the costs of this action; and

g.  That Itasca be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: February 7, 2022          By: _____

Scott Alan Burroughs, Esq.
Laura M. Zaharia, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
lzaharia@donigerlawfirm.com
DONIGER / BURROUGHS
Attorney for Plaintiff

# EXHIBIT A

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by Getty | Getty ID # | Getty Images Infringing URL |
|---|-------|------|----------|---------------------|----------------------|-----------|----------------------------|
| 1 | 191A0018 | Split Rock Lighthouse Winter Sunset | VA 2-142-502 |  |  | 1172671499 | https://www.gettyimages.com/detail/photo/buildings-by-sea-against-sky-during-sunset-royalty-free-image/1172671499 |
| 2 | 184F0127 | Maple Island Sunset on the Kettle River | VA 2-133-848 |  |  | 1172671548 | https://www.gettyimages.com/detail/photo/bare-trees-on-snow-covered-field-against-sky-during-royalty-free-image/1172671548 |
| 3 | 191A0064 | Ellingsen Island on Minnesota's North Shore | VA 2-142-502 |  |  | 1176555573 | https://www.gettyimages.com/detail/photo/scenic-view-of-lake-against-cloudy-sky-during-royalty-free-image/1176555573 |
| 4 | 184E0074 | Fall Colors in the Aspen Mountains, Colorado | VA 2-133-850 |  |  | 1172671667 | https://www.gettyimages.com/detail/photo/scenic-view-of-mountains-against-sky-royalty-free-image/1172671667 |
| 5 | 191A0059 | Pigeon River Border in Winter, Minnesota | VA 2-142-502 |  |  | 1171882079 | https://www.gettyimages.com/detail/photo/scenic-view-of-lake-against-sky-during-winter-royalty-free-image/1171882079 |
| 6 | 191D0021 | St. Louis River at Jay Cooke State Park, Minnesota in Winter | VA 2-147-455 |  |  | 1172671537 | https://www.gettyimages.com/detail/photo/trees-on-snow-covered-field-against-sky-royalty-free-image/1172671537 |
| 7 | 184E0122 | Lake Nichols Road at the Sax-Zim Bog, Minnesota | VA 2-133-850 |  |  | 1172671579 | https://www.gettyimages.com/detail/photo/snow-covered-road-by-trees-against-sky-royalty-free-image/1172671579 |

**EXHIBIT A**                                                                 **Page 1 of 7**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by Getty | Getty ID # | Getty Images Infringing URL |
|---|-------|------|----------|--------------------|-----------------------|------------|-----------------------------|
| 8 | 184F0059 | Peak to Peak Highway Rainbow | VA 2-133-848 |  |  | 1172671662 | https://www.gettyimages.com/detail/photo/scenic-view-of-rainbow-over-mountains-against-sky-royalty-free-image/1172671662 |
| 9 | 184E0141 | Winter in the Sax-Zim Bog, Minnesota | VA 2-133-850 |  |  | 1172671607 | https://www.gettyimages.com/detail/photo/snow-covered-road-amidst-trees-against-sky-royalty-free-image/1172671607 |
| 10 | 184F0131 | Kettle River in Winter - St. Croix State Park, Minnesota | VA 2-133-848 |  |  | 1172671545 | https://www.gettyimages.com/detail/photo/scenic-view-of-lake-against-clear-sky-royalty-free-image/1172671545 |
| 11 | 191C0042 | Brule River in Winter - Judge C.R. Magney State Park, Minnesota | VA 2-147-626 |  |  | 1172671604 | https://www.gettyimages.com/detail/photo/trees-on-snow-covered-field-against-sky-royalty-free-image/1172671604 |
| 12 | 184E0142 | Winter in the Sax-Zim Bog, Minnesota | VA 2-133-850 |  |  | 1172671715 | https://www.gettyimages.com/detail/photo/snow-covered-pine-trees-in-forest-during-sunset-royalty-free-image/1172671715 |
| 13 | 184D0427 | Autumn Vibes - Minnesota | VA 2-129-807 |  |  | 1172671560 | https://www.gettyimages.com/detail/photo/close-up-of-dry-autumn-leaves-royalty-free-image/1172671560 |

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by Getty | Getty ID # | Getty Images Infringing URL |
|---|-------|------|----------|---------------------|----------------------|------------|------------------------------|
| 14 | 184F0129 | Dirt Road at St. Croix State Park, Minnesota | VA 2-133-848 |  |  | 1172671912 | https://www.gettyimages.com/detail/photo/road-amidst-trees-against-clear-blue-sky-royalty-free-image/1172671912 |
| 15 | 191B0047 | Shovel Point in Winter - Tettegouche State Park | VA 2-143-906 |  |  | 1172671915 | https://www.gettyimages.com/detail/photo/scenic-view-of-sea-against-sky-during-winter-royalty-free-image/1172671915 |
| 16 | 184D0454 | Frosty Plants - Macro Photo | VA 2-129-807 |  |  | 1172671541 | https://www.gettyimages.com/detail/photo/close-up-of-wilted-plant-royalty-free-image/1172671541 |
| 17 | 191C0060 | Saint Louis River in Winter - Jay Cooke State Park, Minnesota | VA 2-147-626 |  |  | 1171882297 | https://www.gettyimages.com/detail/photo/snow-covered-land-against-clear-sky-royalty-free-image/1171882297 |
| 18 | 184E0076 | Golden Fields - St. Croix State Park, Minnesota | VA 2-133-850 |  |  | 1172671615 | https://www.gettyimages.com/detail/photo/close-up-of-crops-on-field-royalty-free-image/1172671615 |
| 19 | 184E0088 | Foggy Winter Morning on the Saint Croix River | VA 2-133-850 |  |  | 1172671663 | https://www.gettyimages.com/detail/photo/scenic-view-of-frozen-lake-against-sky-during-royalty-free-image/1172671663 |
| 20 | 184E0064 | Winding Road to Norway Point Landing, Wisconsin | VA 2-133-850 |  |  | 1172671913 | https://www.gettyimages.com/detail/photo/road-amidst-bare-trees-in-forest-royalty-free-image/1172671913 |

**EXHIBIT A**                                                   **Page 3 of 7**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by Getty | Getty ID # | Getty Images Infringing URL |
|---|-------|------|----------|---------------------|------------------------|------------|------------------------------|
| 21 | 184E0082 | Kettle River in Winter - St. Croix State Park, Minnesota | VA 2-133-850 |  |  | 1171882080 | https://www.gettyimages.com/detail/photo/scenic-view-of-frozen-lake-against-sky-during-royalty-free-image/1171882080 |
| 22 | 184E0087 | Saint Croix River Sunrise in Winter | VA 2-133-850 |  |  | 1172671689 | https://www.gettyimages.com/detail/photo/scenic-view-of-frozen-lake-against-sky-during-royalty-free-image/1172671689 |
| 23 | 184E0073 | Autumn in Colorado - Yellow Trees at Sunrise | VA 2-133-850 |  |  | 1172671422 | https://www.gettyimages.com/detail/photo/scenic-view-of-autumnal-trees-royalty-free-image/1172671422 |
| 24 | 184E0025 | Winter Sunset Hike to Kettle River Highbanks | VA 2-133-850 |  |  | 1172671569 | https://www.gettyimages.com/detail/photo/sunlight-streaming-through-trees-in-forest-during-royalty-free-image/1172671569 |
| 25 | 184E0100 | Coon Lake - Frederic, Wisconsin | VA 2-133-850 |  |  | 1172671554 | https://www.gettyimages.com/detail/photo/scenic-view-of-lake-against-sky-during-winter-royalty-free-image/1172671554?adppopup=true |
| 26 | 184E0049 | Hiking to Mount Flora at Berthoud Pass, Colorado | VA 2-133-850 |  |  | 1172671643 | https://www.gettyimages.com/detail/photo/road-amidst-plants-against-sky-royalty-free-image/1172671643 |

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by Getty | Getty ID # | Getty Images Infringing URL |
|---|-------|------|----------|---------------------|------------------------|------------|------------------------------|
| 27 | 184E0149 | Winter on the Saint Louis River, Minnesota | VA 2-133-850 |  |  | 1172671531 | https://www.gettyimages.com/detail/photo/scenic-view-of-lake-in-forest-during-winter-royalty-free-image/1172671531 |
| 28 | 184E0096 | Hiking Trail on the St. Croix River, Minnesota | VA 2-133-850 |  |  | 1172671602 | https://www.gettyimages.com/detail/photo/trees-in-park-during-autumn-royalty-free-image/1172671602 |
| 29 | 191A0017 | North Shore at Tettegouche State Park - Minnesota in Winter | VA 2-142-502 |  |  | 1172671492 | https://www.gettyimages.com/detail/photo/scenic-view-of-sea-against-clear-sky-during-winter-royalty-free-image/1172671492 |
| 30 | 184E0033 | Campground at Saint Croix State Park, Minnesota | VA 2-133-850 |  |  | 1172671775 | https://www.gettyimages.com/detail/photo/trees-on-field-during-winter-against-sky-royalty-free-image/1172671775 |
| 31 | 184E0139 | Snowy Trees in the Sax-Zim Bog, Minnesota | VA 2-133-850 |  |  | 1171882072 | https://www.gettyimages.com/detail/photo/trees-on-snow-covered-field-during-winter-royalty-free-image/1171882072 |
| 32 | 191C0036 | Winter Sunset Hike at Grand Portage State Park, Minnesota | VA 2-147-626 |  |  | 1172671478 | https://www.gettyimages.com/detail/photo/snow-covered-road-amidst-trees-in-forest-royalty-free-image/1172671478 |

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by Getty | Getty ID # | Getty Images Infringing URL |
|---|-------|------|----------|---------------------|----------------------|------------|------------------------------|
| 33 | 184E0029 | Icy Saint Croix River – St. Croix State Park, Minnesota | VA 2-133-850 |  |  | 1171882838 | https://www.gettyimages.com/detail/photo/scenic-view-of-snow-covered-land-against-clear-blue-royalty-free-image/1171882838 |
| 34 | 184E0147 | St. Louis River from the Superior Hiking Trail, Minnesota | VA 2-133-850 |  |  | 1171882846 | https://www.gettyimages.com/detail/photo/snow-covered-land-and-trees-against-sky-royalty-free-image/1171882846 |
| 35 | 184D0437 | Wild River State Park Road in Autumn | VA 2-129-807 |  |  | 1172671904 | https://www.gettyimages.com/detail/photo/empty-road-amidst-field-against-blue-sky-royalty-free-image/1172671904 |
| 36 | 184F0070 | St. Croix River Bluff Trail – Saint Croix State Park, Minnesota in Autumn | VA 2-133-848 |  |  | 1171882848 | https://www.gettyimages.com/detail/photo/trees-in-forest-during-autumn-royalty-free-image/1171882848 |
| 37 | 184E0099 | Yellow Lake, Wisconsin in Winter | VA 2-133-850 |  |  | 1172671464 | https://www.gettyimages.com/detail/photo/frozen-trees-on-field-against-sky-during-winter-royalty-free-image/1172671464 |
| 38 | 184F0119 | Fall Colors in Aspen, Colorado - Autumn Foliage | VA 2-133-848 |  |  | 1172671427 | https://www.gettyimages.com/detail/photo/low-angle-view-of-autumnal-trees-royalty-free-image/1172671427 |

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by Getty | Getty ID # | Getty Images Infringing URL |
|---|-------|------|----------|--------------------|-----------------------|-----------|----------------------------|
| 39 | 191A0015 | Snowy North Shore at Gooseberry Falls State Park, Minnesota | VA 2-142-502 |  |  | 1172671522 | https://www.gettyimages.com/detail/photo/scenic-view-of-sea-against-sky-during-winter-royalty-free-image/1172671522 |

**EXHIBIT A**                                                                 **Page 7 of 7**

# EXHIBIT B

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|---|---|---|---|---|---|---|---|
| 1 | 191A0018 | Split Rock Lighthouse Winter Sunset | VA 2–142–502 |  |  |  | https://www.eyeem.com/p/147100073 | https://www.eyeem.com/p/163479905 |
| 2 | 191A0064 | Ellingsen Island on Minnesota's North Shore | VA 2–142–502 |  |  |  | https://www.eyeem.com/p/147099285 | https://www.eyeem.com/p/163478298 |
| 3 | 191A0063 | Icy Sunset in Grand Marais, Minnesota | VA 2–142–502 |  |  |  | https://www.eyeem.com/p/147099787 | https://www.eyeem.com/p/163479287 |
| 4 | 191A0040 | Two Harbors Breakwater Sunset, Minnesota in Winter | VA 2–142–502 |  |  |  | https://www.eyeem.com/p/147099215 | https://www.eyeem.com/p/163478456 |
| 5 | 184E0074 | Fall Colors in the Aspen Mountains, Colorado | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099329 | https://www.eyeem.com/p/163478343 |
| 6 | 191A0037 | Golden Eagle | VA 2–142–502 |  |  |  | https://www.eyeem.com/p/147099195 | https://www.eyeem.com/p/163478386 |
| 7 | 184F0124 | Frozen Wetland + Winter Sunset, Minnesota | VA 2–133–848 |  |  |  | https://www.eyeem.com/p/147099193 | https://www.eyeem.com/p/163478381 |

**EXHIBIT B**

**Page 1 of 12**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|-------|------|----------|---------------------|--------------------------|--------------------------|--------------|--------------|
| 8 | 184E0109 | Savanna Portage – Winter in Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147100062 | https://www.eyeem.com/p/163479883 |
| 9 | 191D0021 | St. Louis River at Jay Cooke State Park, Minnesota in Winter | VA 2–147–455 |  |  |  | https://www.eyeem.com/p/147100053 | https://www.eyeem.com/p/163479867 |
| 10 | 184E0104 | St. Louis River in Winter – Jay Cooke State Park, Minnesota | VA 2–133–850 |  | |  | | https://www.eyeem.com/p/163479901 |
| 11 | 184E0135 | Winter on the St. Louis River, Jay Cooke State Park, Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099216 | https://www.eyeem.com/p/163478460 |
| 12 | 191C0045 | Black Beach Island – Silver Bay, Minnesota – North Shore | VA 2–147–626 |  |  |  | https://www.eyeem.com/p/147099281 | https://www.eyeem.com/p/163478296 |
| 13 | 184E0122 | Lake Nichols Road at the Sax–Zim Bog, Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099822 | https://www.eyeem.com/p/163479352 |

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|-------|------|----------|---------------------|--------------------------|--------------------------|--------------|--------------|
| 14 | 191D0020 | Winter at Jay Cooke State Park – Frozen River | VA 2–147–455 |  | |  | | https://www.eyeem.com/p/163479309 |
| 15 | 184F0117 | Autumn in the Colorado River Valley – Rocky Mountain National Park | VA 2–133–848 |  |  |  | https://www.eyeem.com/p/147099196 | https://www.eyeem.com/p/163478387 |
| 16 | 184F0059 | Peak to Peak Highway Rainbow | VA 2–133–848 |  | |  | | https://www.eyeem.com/p/163478413 |
| 17 | 184E0141 | Winter in the Sax–Zim Bog, Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099932 | https://www.eyeem.com/p/163479295 |
| 18 | 184F0131 | Kettle River in Winter – St. Croix State Park, Minnesota | VA 2–133–848 |  |  |  | https://www.eyeem.com/p/147100050 | https://www.eyeem.com/p/163479862 |
| 19 | 184F0180 | Winter at Wisconsin Point on Lake Superior | VA 2–133–848 |  |  |  | https://www.eyeem.com/p/147100149 | https://www.eyeem.com/p/163479860 |

**EXHIBIT B**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|---|---|---|---|---|---|---|---|
| 20 | 191C0042 | Brule River in Winter – Judge C.R. Magney State Park, Minnesota | VA 2–147–626 |  |  |  | https://www.eyeem.com/p/147099782 | https://www.eyeem.com/p/163479272 |
| 21 | 184E0093 | St. Croix State Park: Kettle River in Winter, Minnesota | VA 2–133–850 |  | |  | | https://www.eyeem.com/p/163479840 |
| 22 | 191C0041 | Hovland Dock – Minnesota's North Shore in Winter | VA 2–147–626 |  | |  | | https://www.eyeem.com/p/163479851 |
| 23 | 184F0184 | South Boulder Creek – Autumn in Rollinsville, Colorado | VA 2–133–848 |  | |  | | https://www.eyeem.com/p/163479312 |
| 24 | 184E0132 | Winter Wonderland at Jay Cooke State Park, Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099931 | https://www.eyeem.com/p/163479290 |
| 25 | 184E0015 | Tree Stump – Wild River State Park, Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099211 | https://www.eyeem.com/p/163478440 |
| 26 | 184E0142 | Winter in the Sax–Zim Bog, Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147100125 | https://www.eyeem.com/p/163479919 |

**EXHIBIT B**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|---|---|---|---|---|---|---|---|
| 27 | 184E0138 | Whiteface River, Minnesota | VA 2–133–850 |  |  | | https://www.eyeem.com/p/147100067 | |
| 28 | 184F0092 | Fall Colors at Lewis & Clark State Park, Iowa | VA 2–133–848 |  | |  | | https://www.eyeem.com/p/163478966 |
| 29 | 184D0430 | Autumn Crinkled Leaves, Minnesota | VA 2–129–807 |  |  |  | https://www.eyeem.com/p/147099637 | https://www.eyeem.com/p/163479010 |
| 30 | 184F0185 | The Road to Aspen – Independence Pass, Colorado | VA 2–133–848 |  | |  | | https://www.eyeem.com/p/163478991 |
| 31 | 184F0129 | Dirt Road at St. Croix State Park, Minnesota | VA 2–133–848 |  |  |  | https://www.eyeem.com/p/147099829 | https://www.eyeem.com/p/163479359 |
| 32 | 184F0027 | Rime Ice Covers Tree at St. Croix State Park, Minnesota | VA 2–133–848 |  |  |  | https://www.eyeem.com/p/147099910 | https://www.eyeem.com/p/163479228 |
| 33 | 191B0047 | Shovel Point in Winter – Tettegouche State Park | VA 2–143–906 |  |  |  | https://www.eyeem.com/p/147100060 | https://www.eyeem.com/p/163479879 |

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|---|---|---|---|---|---|---|---|
| 34 | 184D0454 | Frosty Plants – Macro Photo | VA 2–129–807 |  |  |  | https://www.eyeem.com/p/147099895 | https://www.eyeem.com/p/163479308 |
| 35 | 184E0063 | Crex Meadows Dirt Road – Wisconsin | VA 2–133–850 |  | |  | | https://www.eyeem.com/p/163479853 |
| 36 | 184E0012 | Golden Gate Canyon Mountain Ridge – Colorado | VA 2–133–850 |  | |  | | https://www.eyeem.com/p/163479917 |
| 37 | 184E0076 | Golden Fields – St. Croix State Park, Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099757 | https://www.eyeem.com/p/163479041 |
| 38 | 184F0106 | St. Croix River at Norway Point Landing, Winter | VA 2–133–848 |  |  |  | https://www.eyeem.com/p/147099796 | https://www.eyeem.com/p/163479313 |
| 39 | 184E0108 | Gunflint Lodge Frozen Lake Fire Pit | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099338 | https://www.eyeem.com/p/163478362 |
| 40 | 184E0024 | Head of the Rapids Landing – Frozen Saint Croix River, Minnesota | VA 2–133–850 |  |  | | https://www.eyeem.com/p/147099788 | |

**EXHIBIT B**                                                                 **Page 6 of 12**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|-------|------|----------|---------------------|--------------------------|--------------------------|--------------|--------------|
| 41 | 184E0091 | Frozen Pond at St. Croix State Park, Minnesota | VA 2-133-850 |  | |  | | https://www.eyeem.com/p/163478397 |
| 42 | 184F0066 | Hay Creek – Saint Croix State Park, Minnesota | VA 2-133-848 |  | |  | | https://www.eyeem.com/p/163479310 |
| 43 | 184D0410 | Frozen Saint Croix River, Minnesota in Winter | VA 2-129-807 |  | |  | | https://www.eyeem.com/p/163479033 |
| 44 | 191A0060 | Grand Portage State Park – High Falls in Winter | VA 2-142-502 |  |  |  | https://www.eyeem.com/p/147100058 | https://www.eyeem.com/p/163479876 |
| 45 | 184F0152 | Brighton Beach, Duluth, Minnesota's North Shore in Winter | VA 2-133-848 |  | |  | | https://www.eyeem.com/p/163479304 |
| 46 | 184E0025 | Winter Sunset Hike to Kettle River Highbanks | VA 2-133-850 |  |  |  | https://www.eyeem.com/p/147099860 | https://www.eyeem.com/p/163479269 |
| 47 | 184F0120 | Minnesota in Winter: Frozen Pond at St. Croix State Park | VA 2-133-848 |  |  |  | https://www.eyeem.com/p/147099194 | https://www.eyeem.com/p/163478384 |

**EXHIBIT B**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|-------|------|----------|---------------------|--------------------------|--------------------------|--------------|--------------|
| 48 | 184F0139 | Jay Cooke State Park, Minnesota in Winter – Saint Louis River | VA 2-133-848 |  |  |  | https://www.eyeem.com/p/147100070 | https://www.eyeem.com/p/163479899 |
| 49 | 184E0049 | Hiking to Mount Flora at Berthoud Pass, Colorado | VA 2-133-850 |  | |  | | https://www.eyeem.com/p/163479249 |
| 50 | 184F0174 | Wind-Swept Barn in the Sax-Zim Bog | VA 2-133-848 |  | |  | | https://www.eyeem.com/p/163478342 |
| 51 | 184D0475 | Winter Wetlands, Wild River State Park, Minnesota | VA 2-129-807 |  | |  | | https://www.eyeem.com/p/163479846 |
| 52 | 191C0007 | Snowy Pine Tree | VA 2-147-626 |  |  |  | https://www.eyeem.com/p/147099191 | https://www.eyeem.com/p/163478378 |
| 53 | 184E0096 | Hiking Trail on the St. Croix River, Minnesota | VA 2-133-850 |  |  |  | https://www.eyeem.com/p/147099776 | https://www.eyeem.com/p/163479256 |
| 54 | 191A0017 | North Shore at Tettegouche State Park – Minnesota in Winter | VA 2-142-502 |  |  |  | https://www.eyeem.com/p/147100064 | https://www.eyeem.com/p/163479887 |

**EXHIBIT B**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|-------|------|----------|---------------------|--------------------------|--------------------------|--------------|--------------|
| 55 | 184E0028 | Ice on the Saint Croix River, Minnesota–Wisconsin Border | VA 2–133–850 |  | |  | | https://www.eyeem.com/p/163479300 |
| 56 | 184E0090 | Afternoon Sunshine – Saint Croix State Park, Minnesota | VA 2–133–850 |  | |  | | https://www.eyeem.com/p/163479337 |
| 57 | 184F0132 | Kennedy Brook – Kettle River – Winter at St. Croix State Park | VA 2–133–848 |  | |  | | https://www.eyeem.com/p/163479334 |
| 58 | 184E0029 | Icy Saint Croix River – St. Croix State Park, Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099791 | https://www.eyeem.com/p/163479296 |
| 59 | 184E0078 | Ice on the St. Croix River – Yellow Banks Landing, Minnesota | VA 2–133–850 |  |  |  | https://www.eyeem.com/p/147099793 | https://www.eyeem.com/p/163479302 |
| 60 | 184D0440 | Wild River State Park in Autumn, Minnesota | VA 2–129–807 |  | |  | | https://www.eyeem.com/p/163478405 |

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|---|---|---|---|---|---|---|---|
| 61 | 184F0198 | Sappi Paper Mill - Cloquet, Minnesota | VA 2-133-848 |  |  | | https://www.eyeem.com/p/147100061 | |
| 62 | 184D0437 | Wild River State Park Road in Autumn | VA 2-129-807 |  |  |  | https://www.eyeem.com/p/147099824 | https://www.eyeem.com/p/163479355 |
| 63 | 184F0208 | St. Louis River at Chambers Grove Park, Duluth, Minnesota | VA 2-133-848 |  | |  | | https://www.eyeem.com/p/163479843 |
| 64 | 184F0130 | Winter Afternoon at St. Croix State Park, Minnesota | VA 2-133-848 |  | |  | | https://www.eyeem.com/p/163479335 |
| 65 | 191A0013 | Winter at Jay Cooke State Park, Minnesota – the St. Louis River | VA 2-142-502 |  |  |  | https://www.eyeem.com/p/147100151 | https://www.eyeem.com/p/163479861 |
| 66 | 191B0045 | Frozen High Falls – Grand Portage State Park, Minnesota | VA 2-143-906 |  | |  | | https://www.eyeem.com/p/163479849 |

**EXHIBIT B**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|-------|------|----------|---------------------|--------------------------|--------------------------|--------------|--------------|
| 67 | 184F0028 | Saint Croix River at Little Yellow Banks Landing, Minnesota | VA 2–133–848 |  | |  | | https://www.eyeem.com/p/163479245 |
| 68 | 184F0100 | Trailer on Frozen Yellow Lake, Wisconsin | VA 2–133–848 |  |  | | https://www.eyeem.com/p/147099210 | |
| 69 | 184E0099 | Yellow Lake, Wisconsin in Winter | VA 2–133–850 |  | |  | | https://www.eyeem.com/p/163479920 |
| 70 | 184D0467 | Group Campground at Wild River State Park, Minnesota – Logs Around Firepit | VA 2–129–807 |  |  |  | https://www.eyeem.com/p/147099834 | https://www.eyeem.com/p/163479209 |
| 71 | 191C0063 | Snowman at Tettegouche State Park, Minnesota | VA 2–147–626 |  |  |  | https://www.eyeem.com/p/147099209 | https://www.eyeem.com/p/163478431 |
| 72 | 184D0453 | Plant – Macro Photo – Autumn at Wild River State Park | VA 2–129–807 |  | |  | | https://www.eyeem.com/p/163479026 |

**EXHIBIT B**

| # | Photo | Work | Reg. No. | Original Photograph | As Infringed by EyeEm #1 | As Infringed By EyeEm #2 | EyeEm URL #1 | EyeEm URL #2 |
|---|-------|------|----------|---------------------|--------------------------|--------------------------|--------------|--------------|
| 73 | 184E0023 | Bear Creek at Saint Croix State Park, Minnesota | VA 2–133–850 |  | |  | | https://www.eyeem.com/p/163479305 |
| 74 | 191A0015 | Snowy North Shore at Gooseberry Falls State Park, Minnesota | VA 2–142–502 |  |  |  | https://www.eyeem.com/p/147100063 | https://www.eyeem.com/p/163479885 |

# EXHIBIT C

| | URL |
|---|---|
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a313232353136313234373635313d2437383733366936323738366334435356265646731613038336365633161673931626031643231343a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a303037383333353038333935313d2731363161693732333646262626563646939363235673537353731633164366038303734336633131636a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a383833363938303234373635313d2169383137373336135603538313662633663363933903330303635393536343034633833839393837363a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a363936343731343038333935313d2169323636653565333313365343038326365613631656363623236231366369366693465303436356a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a333132343136353038333935313d2163326035683437346164663393383432616234683635666666669323264363566661646131626a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353235393534353038333935313d2166356734343662343666646433613313316303530366664616163343463313333662366433316256656a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a313236363434343038333935313d2465393268366626639323266366603532626534693832356563326166665356567366131303036463656a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a303134343236343038333935313d2038326134336613237303333331336726130336834683566336463538336137326262663383331313a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a393033323239353131323437373635313d2532623661603333335683935363932646537363461383663683731373364663311393834683316733356a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a313931393035343530383333935313d2933326631383663533362316134673830393461346038393834393382393266303434343168336683a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a373131353733343038333935313d2332636331343563366666316366383235383468363163362356337313162656336663737366366564336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353339953035353038333935313d2132663534636736373434566561683231643983130363639663613635673460366166333346932623333a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a313437313434373034038333935313d2366633661636937393467323161336366669353330035343932643137353363035564632666663335636a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a303330013933333337339935313d2561346836353346566343469303035616163363438373237366466632333334636462337363535363a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a333232373639303032473736353313d2669393931693038316662633462633393637316465316833436369316431626169316533613568336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353433363788303234736353313d2468323563626232623333661343434343531353534373662353932316566843266366446837356831636a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a373333132373434308333935313d2734623469343334643030346603361336362656432346735393031633363466663653364353667333a3a3a3/2600/2600 |

**EXHIBIT C**                                        **Page 1 of 6**

| | URL |
|---|---|
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a313438393931343038333935313d2830316635 30393562303032373563334673239383669932303562656573836646668336332313430393a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a393037303036343038333935313d2367346661 34643262636465346936316034313436383432303830366436393565631628383935603266a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a303431383034313234373635313d2330373367 313763631646932366465613332346164643373736663368323635353536642653539303a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353434363534343038333935313d2536693561 316464353231373169383034673269434393563437343439323562343730383531663333a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a373332373437343038333935313d2039383332 313830326232356364640393136326535365353636569343835653565935626464356531623a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a333436353836363132343736335313d2536353663 333433361633135346936636030366443316935336564433937666636326333393326165666a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a393130323734313234373635313d2634303262 34313564326435616469366603236616564326438313633666693933646635683931666693a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a313632343931333937333935313d2169383137 373361356035383313662633663633939303330303633593353643034633838383939383837a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a303434393343431323437363535313d2934313734 683835666164313532336673662366168336539303433335373236343165646434693461663a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353439363633333937333935313d2931363430 335333313263383235393568346731697373235616532626132616567373033362693030373a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a333836373038303323473635313d2033663168 326333346666667356162636730336664683437363233666536644336535663831366466a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a373333393930353038333935313d2663323163 3162693833623362603331313931643264316835603239366568366653466336323336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a393238343535343038333935313d2530323130 3234383233643456666636434433656432623368831383366326532373334323561346465a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a313732343337343038333935313d2033693565 6268346936616637323336463235303336463636437343432313030267363263603436323a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a303438303030353333397333935313d2933603037 3160336564356536316537353466623236032636873756730333737346230336583833336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353534363739303234373635313d2564623832 31693136643638336460313835336730373235346333636836860383453161646436633a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a333933363334343038333935313d2733683930 33653663603462336433363130393234333335534333136336564652643364333431353a3a3a3/2600/2600 |

**EXHIBIT C**                                                      **Page 2 of 6**

| | URL |
|---|---|
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a3733363038303530383333935313d2436636734323232366037316262693361693164646638326334623660343465353336363133356366a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a303439343435353038333935313d2334673234656261343939313465653233363326034656033356836646739356135313832673035626a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a393330363835343038333935313d2634303262343135643264356164693660323661656432643831363366663933646635683933166693a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a31373534313930303234373635313d2361303565353662353261663838323666313738363346264683333603636683660363334666364613a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a333934333334334333937333935313d2669393931693038316662633346263393637316465316834336369316431626169316533613568336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353737363535313530383333935313d2037333466603162603530326131336666662303234303531373566632663665326736666633530333363a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a37333833383853313234373635313d2562646562646831373664653530313661643216365662646266636260393461633232036683363346a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a3035333353538353333937333935313d2032613565336539383343038835356269393331343734656136563432623937373461673736836166616a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a393338323434343038333935313d2167323563346665363039326239373336361666365326364393631373636333626566666665666233646a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a31383230322353339937333935313d2666323164346536669383135313163626561623264666626665732623835366268363466393468336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a34313130353035301324373635313d2032613565336539383343038835356269393331343734656136563432623937373461673736836166616a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353930363935353339937333935313d226235683161643266663738316433661663267326637313366566373534623633534603235643664623a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a37363635353535343038333935313d253731636366343666361303230326165569383133333303138333660303263366366356669393532666626a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a393438313333803234373635313d2262393731666683731303430343466656465623368366603601693733623636353933333652656365693a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a3138383137343339937333935313d2564623832316693136643638336460313835336730373235346333636836603834353161664363633a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a30373830303038340383339935313d246360373934626264366680333262366836616931363634693335623332646668353735373233366a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a343131313383135303833339935313d2562646562646831373664653530313661643216365662646266626603933461633232036683363346a3a3a3/2600/2600 |

**EXHIBIT C**                                                                 **Page 3 of 6**

| | URL |
|---|---|
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a35393831333234303833393 5313d2839383834 3834313238323133331383461613431393664663165363833666369636366661643738383a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a37373831343732393733393 35313d2833363330 3269313161373537363633626239353435383566626731666666373835323346463326a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a39353734303631323437363 5313d2365616936 6366393136356732656430336236566683236623361683632656466643269303536393233a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a31383833323334303833393 35313d2665323330 316834326662316135683231616134336161666265355613835336453531363430313137346a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a30373839303534303833393 35313d2033373032 6656136316643634363493663312683331343535623231333139346365626353260336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a36303836323635303833393 35313d2034323536 34626133663665616036626938346261303664431353831356462673653660363634656a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a34333936383830323437363 5313d2037303333 353132633131333033334603665656661303135693434353232643533693669343632303a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a37383135373135303833393 35313d2734636365 32383435336469383364326939303631326135626736383366646666132623167353333133a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a32303432353435303833393 35313d2437383733 3669363237383663343535626564673161303833636536331616739316260316423431343a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a39373731323634303833393 35313d2269393734 64383532303562353383538336834653167366730343139343333635326537383430316663a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a30383739313431323437363 5313d2332636331 3435633666663163663832353834683631636235633731316265636637373663665664336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a36323134313531323437363 5313d2367346661 34643262363465346936316034313436383432303830366436393568316238393560326a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a34343132333313530383339 35313d2534333631 693368373466343365633383635616035603538336163623432666263322326739343030383a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a37383334323739303234373 6363 5313d2363336135 363838326832613439316830373034603465383232346634346938393465583666632603a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a32303838363730333397339 35313d2468323563 626232633336613434343453135353437366235393231656834326636646387356831 6a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a39373938333323393733393 35313d2361303565 353662353326166383832366631373838363462646833336036366836603633346663646 13a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a30383937303434303833393 35313d2433316835 3335346833656234603269303332613339393238326453373263466666837323532838 34373a3a3a3/2600/2600 |

**EXHIBIT C**                                                    **Page 4 of 6**

| | URL |
|---|---|
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a363234373931353038333935313d2532623661 60333335683935363932646537363461383663683731373336463313938346831673356a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a34343139363535303833393531313d2536346636 36336231393939313332333343034646239313335561693164373266346134663393464622336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a383134343636343038333935313d2669303530 35363433361646436626236616162643264643336613238393139346668363363638346a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a32333934303832393733339353313d2262393731 66683731303430343466656465623368366360316937336236363539333332656365693a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a393934303838363430383333935313d2368303463 36683460336463666635626731346833363431616833693536623539336563623934656a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a303932393933135303833393531313d2461616233 36316139346539366882364643631616131383638346462603832323267373461356564 6a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a363537323334353038333935313d2336663633 64666135643836343632673535626431616163666565383834323430393563364333038383a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a35313137373631323437363635313d2334673234 65626134393393134656532336332603465600335683664673935613531383267303635626a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a383231343333431323437363635313d2461673033 66353333933656033313038373233656163373332626431363838382613636373662336833a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a3234303331363530383333935313d2162303263 353466636356661336934623465600364693167336465346232603583333683836346a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a39393436343234303833393935313d2330373367 3137363164693236646561331332346164644333737366663368823635535366426526553539303a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a3039383433313333937333935313d2037303333 3531326331313330333460366565666613031356934343532326435336936693436323303a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a36363135343031323437363635313d2262356831 6164326666637383164366166326672266637313665663735346263353640235643664623a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a35313639333333313234373635313d2465393268 366266393232663660353262653469383235656533261666535656573661313030346563656a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a3833353030373430383333935313d2564626935 34326565316566333361356332343263333262616237303436365344568393333946432 63a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a32363432322332333339373339353313d2661303033 3533636386373564666730393032326834303364366643533316262303163666353335603a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a39393937393435343038333935313d2634366333 613033362603363626653932302323346634336160393831316834393669323393639353a3a3a3/2600/2600 |

**EXHIBIT C**                                                    **Page 5 of 6**

| | URL |
|---|---|
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a313037373334353038333935313d2131343831626939333933663532316160356133633333664693136356837356838363033356631363a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a363636353343331234373635313d2169323636653565333133653430383263656136316563636236623136636369366934653034363835 6a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353234383032333937333935313d2534623133613133361626661336837336465656638326133646162626935303469346636465463353a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a383537383038343038333935313d2831636366656537363134666262235683365693462656533346735683230346666643933643631633a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a333131363038343038333935313d28323733393363366663436623537333165343639333239326362393231326666661643368343236643a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a393938313939303234373635313d2933603037316033365643565363165373534663233603263683735673033373734623033653833336a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a31303939343734303833393535313d2634346364346333603832603264693563636036383164683232343568383031323262263373137333a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a353235313039303234373635313d2534623133613133361626661336837336465656638326133646162626935303469346636465463353a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a36373337333134303833393535313d2437353437303353667366730373138366163356139333303664643260366739316263653561393232323a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a383736383734343038333935313d2934313734683835666616431353233673662366168336539303433335373236343165646434346934616a3a3a3/2600/2600 |
|  | https://cdn4.eyeem.com/thumb/b62716d62756471677a3a3a363738393313732393737333935313d2033663168326333346666673561626637033366646834373632336665366643365356638313664666a3a3a3/2600/2600 |

**EXHIBIT C**        **Page 6 of 6**