

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

December 19, 2022

**DELIVERED VIA ECF**

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

|  |  |  |
|---|---|---|
|  | Case Title: | *Itasca Images, LLC v. EyeEm, Inc. et al.* |
|  |  | 1:22-cv-01106-PGG |
|  | Re: | **Request to Extend Dismissal Deadline** |

Your Honor:

Plaintiff, Itasca Images, LLC, submits this letter to respectfully request an extension of the deadline for dismissal, pursuant to the Court's October 13, 2022 order. (Dkt. #28.) Defendants EyeEm, Inc. and Getty Images, Inc. join in this request.

The reason for this request is that the parties need additional time to finalize and execute the settlement agreement. Plaintiff provided the draft agreement to Defendants on October 25, 2022. Owing to delays in communications with their insurer, Defendants have not yet been able to provide a respond to the draft agreement. Defendants believe that they should be able to provide a response shortly and the parties believe that they will soon thereafter be in a position to dismiss the action.

In light of the above, the parties respectfully request that the deadline for dismissal be extended by approximately 30 days, from December 27, 2022 to January 27, 2023. This is the parties' second request for an extension relating to the deadline for dismissal, the first of which was granted. We thank Your Honor for consideration of this request.

Respectfully submitted,

By:   */s/ Scott Alan Burroughs*
Scott Alan Burroughs
Laura M. Zaharia
DONIGER / BURROUGHS
For the Plaintiff

**IT IS SO ORDERED.**

Dated: _____   _____
Honorable Paul G. Gardephe, U.S.D.J.