

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
and Colorado

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

June 6, 2023

**DELIVERED VIA ECF**
Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

      **Case Title:**  *Itasca Images, LLC v. EyeEm, Inc. et al.*
              1:22-cv-01106-PGG
      **Re:**     **Request to Extend Dismissal Deadline**

Your Honor:

  This office represents Plaintiff, Itasca Images, LLC, in the above referenced matter. We submit this letter to respectfully request an extension of the deadline for dismissal, pursuant to the Court's Order of May 1, 2023 (Dkt. #41). Defendant, Getty Images, Inc., consents to and joins in this request.

  Good cause exists for the requested relief. Defendant EyeEm, Inc., which was part of the negotiations that matured into the settlement in principle, is located in Germany, and has entered bankruptcy proceedings. Plaintiff has continued settlement discussions with Defendant Getty Images, Inc. The parties have since executed a final settlement agreement and are now waiting only on the full performance of the Parties' obligations under this agreement.

  In light of the above, the parties respectfully request that the deadline for dismissal be extended by approximately 44 days, from June 7, 2023, to July 21, 2023. This is the parties' seventh request for an extension relating to the deadline for dismissal, and the previous requests were granted to allow time for the parties to exchange drafts, receive feedback from Defendants' counsel, discuss with their respective clients, and allow the Parties to address issues relating to the aforementioned bankruptcy. We thank Your Honor for consideration of this request.

                Respectfully submitted,

         By: */s/ Scott Alan Burroughs*
            Scott Alan Burroughs
            For the Plaintiff

**MEMO ENDORSED**

Dated: June 15, 2023

The Application is granted.

SO ORDERED:

*Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.